# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-21 | E 1053202 | PAYTON, W | P6447 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 12/31/2023 @ 2145
**Offense Charged:** ☐ CFR ☑ USC ☐ State Code
**Title 18 Section 1361**

**Place of Offense:** NWS Fallbrook Det - Gate 1

**Offense Description: Factual Basis for Charge** ☐ HAZMAT
DAMAGING U.S. GOV'T PROPERTY

### DEFENDANT INFORMATION
**Last Name:** DIAZ
**First Name:** MARVIN
**M.I.:** A

**Tag No:** XTX507   **State:** CA   **Year:** 95   **Make/Model:** Toyota Corolla   **Color:** WHT

**APPEARANCE IS REQUIRED**
A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 333 W. Broadway, San Diego, CA 92101
**Date:** _____   **Time:** _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

CCN: 233534A 00343   *E1053202*   EXCL W

---

(For issuance of an arrest warrant or summons)

I state that on **31 December**, 20**23** while exercising my duties as a law enforcement officer in the **Southern** District of **California**

DIAZ DROVE HIS VEHICLE IN THE SECOND INBOUND LANE AT NWS, GATE 1 AND STRUCK A STOP SIGN WITHIN THE GOVERNMENT BLUE LINE.

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **12/31/2023**   [signature] W.B. P6447
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident